No. 81–6325.  HOWARD *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 81–6345.  LEE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–6347.  GOLDEN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 81–6350.  ROSS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 81–6351.  GRAY *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 81–1210.  RAULERSON *v.* HOWELL.  C. A. 11th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 81–6016.  CHANEY *v.* OKLAHOMA.  Ct. Crim. App. Okla.; and

No. 81–6224.  GODFREY *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.  Reported below: No. 81–6224, 248 Ga. 616, 284 S. E. 2d 422.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 81–5930.  WHITELAW *v.* MWP LIMITED PARTNERSHIP, 455 U. S. 955;

No. 81–5955.  DIXON *v.* MacDOUGALL, 455 U. S. 955;

No. 81–6067.  McCOLPIN *v.* BARNES, 455 U. S. 1004; and

No. 81–6099.  WILLIAMS *v.* CARMEN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, ET AL., 455 U. S. 992.  Petitions for rehearing denied.